Dion L. Johnson
Reg # 88889-011
Federal Detention Center Dublin
5675 8th Street Camp Parks
Dublin, Calif. 94568

In Pro Se

FILED
07 AUG 29 AM 11:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In The United States District Court
For The Northern District of California
(Oakland)

| | |
|---|---|
| Dion L. Johnson<br><br>Petitioner<br><br>VS.<br><br>Paul Copenhagen, et. al.<br><br>Respondent(s) | Civil No#  SBA<br><br>C 07 4467 (PR)<br><br>Motion To Reverse Conviction Pursuant To 28 U.S.C § 2241 or 2255 |

E-filing

1. Name and location of court which entered the judgment of conviction under attack U.S. District Court, Northern District of California, (San Francisco)
2. Date of judgment of conviction November 17, 2005
3. Length of sentence 90 mos
4. Nature of offense involved (all counts) Robbery & (2) Aid & Abetting

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ■
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____
_____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)

 (a) Jury   ☐ N/A
 (b) Judge only ☐

7. Did you testify at the trial?
 Yes ☐ No ☐ N/A

8. Did you appeal from the judgment of conviction?
 Yes ☐ No ■

9. If you did appeal, answer the following: N/A
 (a) Name of court _____
 (b) Result _____
 (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
 Yes ☐ No ■

11. If your answer to 10 was "yes," give the following information: N/A
 (a) (1) Name of court ___N/A___
  (2) Nature of proceeding ___None___
  (3) Grounds raised ___None___
_____
_____
_____

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ☐ No ■ / N/A
  (5) Result ___N/A___
  (6) Date of result ___N/A___
 (b) As to any second petition, application or motion give the same information:

    (1) Name of court ___N/A___
    (2) Nature of proceeding ___None___

    (3) Grounds raised ___None___

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒
    (5) Result ___N/A___
    (6) Date of result ___N/A___
  (c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

    (1) First petition, etc.    Yes ☐ No ☐ N/A
    (2) Second petition, etc.    Yes ☐ No ☐ N/A

  (d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: After the plea, Counsel refused to file any motion or petition on my behalf stating/ showing that I have waived those rights. Petitioner is a layman at law and plead guilty to a crime he did not commit on the advice of Counsel. Johnson contends that his Constitutional rights to effective Counsel assistance as guaranteed by the United States Constitution was violated. Defendant states the issues he will raise can be supported by District records...

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
  CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.
  For your information, the following is a list of the most

107-6

FEDERAL HABEAS CORPUS

§ 107:1

frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: _____

Supporting FACTS (state *briefly* without citing cases or law) _____
_See Attached Page 1 as ground #1_
_____
_____
_____

B. Ground two: _See pg. 2 grown a_

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

_____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

Yes ☐ No ■

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

107-8

(a) At preliminary hearing _____

(b) At arraignment and plea _____

(c) At trial _____

(d) At sentencing _____

(e) On appeal _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
   Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
   Yes ☐ No ☒
   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) Give date and length of the above sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
      Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

                                           _____/s/_____
                                           Signature of Attorney (if any)

Pg. 2 ground 2.

Counsel was ineffective for having/advising Johnson to plead to a crime he didn't commit, on an indictment that was based on false, erronious information, which counsel knew was false before plea.
Further, Counsel was ineffective for failing to move for dismissal of the indictment, and for failing to file Prosecuter Misconduct, after investigating and finding out the information was in fact false, when the prosecuter used the information in an affidavit to obtain a search warrant for evidence to be used in case...
Counsel was ineffective for not informing Johnson that he could not be convicted on an indictment based on false information, evidence secured from a search warrant based on false information.
Had Johnson been fully informed of his rights, and, facts of the case, he would never had plead guilty. (see attached)

Pg. 2, ground 2.

Counsel was ineffective for failing to move for dismissal of the indictment that was returned by the grand jury based on false, eronious information.
The AUSA used the information to get the indictment, after obtaining the indictment, the AUSA learned the information was false, amended F.B.I reports, statements, removed, replaced agents and/or detectives on the case.
However, this did not cure the indictments defect, Johnsons rights, had already been violated, and this error was compounded by the AUSAs failure to dismiss the defective indictment and re-indict based on the new information...
Once Counsel investigated, and learned that the information was in fact false, proving that Johnson was being held on A defective indictment, and his rights had been violated, Counsel should have moved for its dismissal...

Pg. 3. ground 3

Counsel was ineffective for failing to move for a suppression of the search warrant, and dismissal of the indictment, based on prosecutor misconduct.

As stated, the A.U.S.A. learned that the information, thus evidence presented to the grand jury, was in fact false and erroneous.

The A.U.S.A. amended the information and/or evidence (see 302s) after the indictment was returned, but, proceeded on the defective indictment, knowing it was based on false evidence; illeagle. The A.U.S.A. further committed misconduct, perjury, and violated Johnsons Constitutional rights by taking the information he knew for a fact to be false, after he investigated, corrected the reports, and replaced the F.B.I. agent, he still used this false information/evidence to secure a search warrant to obtain evidence to be used against Johnson at trial, or, to induce a plea....

Facts: the prosecutor committed misconduct, he obtained the indictment and the search warrant based on false information/evidence; and both must be dismissed as a matter of law....

pg. 7 ground 4

Counsel rendered ineffective assistance of Counsel throughout the entire proceedings: (A) failed to move for dismissal of the indictment, (B) failed to move for suppression of the search warrant and evidence obtained from it; (C) failed to move for dismissal of the indictment and search warrant based on prosecutors obvious misconduct, (D) made a mockery out of representing Johnson when she induced him to plead to a crime he didn't commit, and she knew he didn't commit, because all the evidence & witness proved there was only one robber, and that person plead guilty to the robbery; there is no strategical, or tactical reasons for Counsels acts and omission, Counsels performance was deficient, and prejudiced Johnson. There can be no question, that haveing him plead guilty to a crime he didn't commit, and that some one else had already plead guilty and confessed to, fell below an objective standard of reasonableness, and but for Counsels unproffessional errors Johnson would never had plead to a crime, a robbery he did not commit, and his conviction must be overturned...

## Affidavit
### In support of ineffective assistance of Counsel claim

I, Dion L Johnson, solemnly swear under the penalty of perjury, the foregoing is true & A fact according to the extent of my knowledge...

Counsel advised me that to challenge the defective indictment, and illegal search warrant would be frivolous, because Judge Hamilton would only review each document, make a few omissions, let the defective indictment stand, allow the evidence from the illegal warrant into trial, after slapping the prosecuter on the wrist;

Counsel advised that the prosecuter had A slam dunk case, the jury is gonna find me guilty on my criminal history alone, and i'll be sure to get 25, if not 30 yrs.

Based on the advise of Counsel pertaining to the defective indictment and illegal search warrant, I plead guilty to A crime i didn't commit, out of fear of getting 30yrs, for A Robbery i didn't commit, i couldn't understand why Counsel told me to plead to A Robbery i didn't commit, when the person who committed the Robbery already plead guilty to it, i tried to bring this to the Courts attention during the plea hearing. (see plea hearing transcripts)

If i could be of further assistance in shedding light on the facts of this case please contact me...

Executed on this 22nd day of August 2007

*[signature]*

# Affidavit
## In support of appointment of Counsel

I, Dion L Johnson, under the penalty of perjury, solemnly swear, the foregoing is true to the best of my knowledge. I have no stocks, bonds, checking, or savings accounts, I own no property, houses, land, boats, cars, etc. My prison account balance as of 8-18-07, is $207.000, I have no constant source of income, I receive money from siblings & love ones sparingly.

*[signed] Dion Johnson*

Executed on this 20th day of August 2017 in the state of California, City of Dublin



Att: Clerk of Court
United States District Court
Northern District of California
1301 Clay St.
Oakland California 94607

Pro Se