Certificate of Service

I, Dion Johnson do by solemnly swear that I mailed the following documents: Motions pursuant to 22 USC 2241, or, 2255, and a true and correct copy and mailed both, to the United States District Court Northern District of California Oakland office, 1301 Clay St. Oakland CA, 94607, Which under US-vs-Heart, is deemed filed same day I put it in the prison officials hands for mailing.

Executed on this 22nd day of August 2007.

*Dion Johnson*

E-filing

C 07 4467

SBA   (PR)