**FILED**

SEP - 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 4467

_____,

            Plaintiff,

vs.

_____,

            Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

SBA

(PR)

     I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

     In support of this application, I provide the following information:

1.     Are you presently employed? Yes \_\_\_\_ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____

Employer: _____N/A_____

_____N/A_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  4-26-04 Waste Management 2,040 Gross 1,600 net
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or           Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,        Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                    Yes ___ No ✓
14     d.   Pensions, annuities, or           Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments, Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.    N/A
21 _____
22 _____
23 3.   Are you married?    N/A              Yes ✓ No ✗
24 Spouse's Full Name: ____N/A_____
25 Spouse's Place of Employment: ____N/A_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $____N/A____ Net $____N/A____
28 4.   a.   List amount you contribute to your spouse's support:$ ___N/A___

   b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

   JJ 12yrs.   X

5. Do you own or are you buying a home?    Yes ___ No ✓
Estimated Market Value: $ N/A    Amount of Mortgage: $ N/A
6. Do you own an automobile?    Yes ___ No ✓
Make N/A    Year N/A    Model N/A
Is it financed? Yes N/A No N/A    If so, Total due: $ N/A
Monthly Payment: $ N/A
7. Do you have a bank account?    Yes ___ No ✓   (Do not include account numbers.)
Name(s) and address(es) of bank: N/A

Present balance(s): $ _____
Do you own any cash? Yes ___ No ✓ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ N/A    Utilities: N/A
Food: $ N/A    Clothing: N/A
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | N/A | $ ~~.00~~ |
| N/A | N/A | $ ~~.00~~ |
| N/A | N/A | $ ~~.00~~ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9-4-07

DATE                                SIGNATURE OF APPLICANT

| | |
|---|---|
| 1 | |
| 2 | Case Number: _____ |
| 3 | |

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
                                                                                  [prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                    [Authorized officer of the institution]

refused to sign See attached Print out of Account

# Inmate Statement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Reg #: | 88889011 | | | Current Institution: | Dublin FCI | | |
| Inmate Name: | JOHNSON, DION | | | Housing Unit: | DUB-J-B | | |
| Report Date: | 09/04/2007 | | | Living Quarters: | J04-218L | | |
| Report Time: | 11:52:31 AM | | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DUB | 9/3/2007 7:16:41 PM | TFN0903 | | | Phone Withdrawal | ($5.00) | | $115.56 |
| DUB | 9/2/2007 9:14:57 AM | TFN0902 | | | Phone Withdrawal | ($8.00) | | $120.56 |
| DUB | 9/1/2007 7:31:59 AM | TFN0901 | | | Phone Withdrawal | ($20.00) | | $128.56 |
| DUB | 8/29/2007 5:07:18 PM | 132 | | | Sales | ($28.40) | | $148.56 |
| DUB | 8/23/2007 8:13:58 AM | 16 | | | Sales | ($24.15) | | $176.96 |
| DUB | 8/16/2007 8:00:56 AM | 34 | | | Sales | ($34.25) | | $201.11 |
| DUB | 8/14/2007 2:16:41 PM | TFN0814 | | | Phone Withdrawal | ($5.00) | | $235.36 |
| DUB | 8/11/2007 4:21:24 PM | TFN0811 | | | Phone Withdrawal | ($5.00) | | $240.36 |
| DUB | 8/10/2007 12:39:42 PM | TFN0810 | | | Phone Withdrawal | ($5.00) | | $245.36 |
| DUB | 8/10/2007 7:27:24 AM | GIPP0707 | | | Payroll - IPP | $40.20 | | $250.36 |
| DUB | 8/9/2007 12:48:34 PM | TFN0809 | | | Phone Withdrawal | ($5.00) | | $210.16 |
| DUB | 8/9/2007 8:31:01 AM | 35 | | | Sales | ($30.65) | | $215.16 |
| DUB | 8/8/2007 6:19:57 AM | TFN0808 | | | Phone Withdrawal | ($5.00) | | $245.81 |
| DUB | 8/7/2007 1:51:34 PM | TFN0807 | | | Phone Withdrawal | ($5.00) | | $250.81 |
| DUB | 8/6/2007 8:00:59 PM | TFN0806 | | | Phone Withdrawal | ($5.00) | | $255.81 |
| DUB | 8/4/2007 10:20:47 AM | TFN0804 | | | Phone Withdrawal | ($5.00) | | $260.81 |
| DUB | 8/2/2007 2:06:18 PM | TFN0802 | | | Phone Withdrawal | ($5.00) | | $265.81 |
| DUB | 8/2/2007 10:28:35 AM | TFN0802 | | | Phone Withdrawal | ($10.00) | | $270.81 |
| DUB | 8/1/2007 8:40:06 AM | TFN0801 | | | Phone Withdrawal | ($17.00) | | $280.81 |
| DUB | 7/31/2007 4:24:29 PM | 42 | | | Sales | ($6.00) | | $297.81 |
| DUB | 7/26/2007 8:07:51 AM | 17 | | | Sales | ($41.30) | | $303.81 |
| DUB | 7/19/2007 8:06:53 AM | 24 | | | Sales | ($31.80) | | $345.11 |
| DUB | 7/12/2007 10:28:44 AM | | | 1429 | Tuition | ($52.80) | | $376.91 |
| DUB | 7/12/2007 9:01:58 AM | 26 | | | Sales | ($54.35) | | $429.71 |
| DUB | 7/12/2007 8:44:05 AM | TFN0712 | | | Phone Withdrawal | ($4.00) | | $484.06 |
| DUB | 7/10/2007 8:45:25 AM | GIPP0607 | | | Payroll - IPP | $27.20 | | $488.06 |
| DUB | 7/9/2007 12:07:18 PM | TFN0709 | | | Phone Withdrawal | ($5.00) | | $460.86 |
| DUB | 7/7/2007 10:19:56 AM | TFN0707 | | | Phone Withdrawal | ($5.00) | | $465.86 |
| DUB | 7/7/2007 5:13:12 AM | 70186701 | | | Lockbox - CD | $50.00 | | $470.86 |
| DUB | 7/6/2007 10:23:29 AM | TFN0706 | | | Phone Withdrawal | ($9.00) | | $420.86 |
| DUB | 7/5/2007 11:29:20 AM | 77 | | | Sales | ($50.35) | | $429.86 |
| DUB | 7/2/2007 12:11:32 PM | TFN0702 | | | Phone Withdrawal | ($20.00) | | $480.21 |
| DUB | 7/2/2007 10:03:38 AM | 33319607 | | | Western Union | $500.00 | | $500.21 |
| DUB | 7/2/2007 7:20:33 AM | TFN0702 | | | Phone Withdrawal | ($15.00) | | $0.21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DUB | 7/1/2007 11:04:27 AM | TFN0701 | | | Phone Withdrawal | ($5.00) | $15.21 |
| DUB | 7/1/2007 10:21:25 AM | TFN0701 | | | Phone Withdrawal | ($2.00) | $20.21 |
| DUB | 6/19/2007 8:50:04 AM | | 1320 | | Child Support | ($100.00) | $22.21 |
| DUB | 6/14/2007 8:30:41 AM | 17 | | | Sales | ($28.65) | $122.21 |
| DUB | 6/8/2007 3:31:19 PM | TFN0608 | | | Phone Withdrawal | ($10.00) | $150.86 |
| DUB | 6/7/2007 12:32:40 PM | TFN0607 | | | Phone Withdrawal | ($10.00) | $160.86 |
| DUB | 6/7/2007 8:41:23 AM | 38 | | | Sales | ($26.30) | $170.86 |
| DUB | 6/7/2007 4:20:40 AM | TX060707 | | | Transfer - In from TRUFACS | $6.60 | $197.16 |
| DUB | 6/5/2007 3:19:53 PM | TFN0605 | | | Phone Withdrawal | ($10.00) | $190.56 |
| DUB | 6/2/2007 12:52:56 PM | TFN0602 | | | Phone Withdrawal | ($20.00) | $200.56 |
| DUB | 6/1/2007 8:57:48 AM | TFN0601 | | | Phone Withdrawal | ($15.00) | $220.56 |
| DUB | 5/31/2007 8:10:55 AM | 12 | | | Sales | ($41.55) | $235.56 |
| DUB | 5/24/2007 8:20:50 AM | 12 | | | Sales | ($23.20) | $277.11 |
| DUB | 5/19/2007 5:17:45 PM | TFN0519 | | | Phone Withdrawal | ($20.00) | $300.31 |
| DUB | 5/17/2007 2:08:04 PM | TFN0517 | | | Phone Withdrawal | ($6.00) | $320.31 |
| DUB | 5/17/2007 9:17:47 AM | 27 | | | Sales | ($73.80) | $326.31 |

12

Total Transactions: 76

Totals:    $115.56    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DUB | $115.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $115.56 |
| Totals: | $115.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $115.56 |