**FILED**

9-20-07

SEP 2 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Sir/mam,

I am writing to obtain the Name of Counsel that has been selected to represent me concerning my 2241 Habeus Corpus # C 07 4467-SBA, The institution has scheduled me for U.S. Marshall pick up, & transport, to Beaumont TX. within the next 10 days; I really need to speak with Legal Counsel before my departure...

Thanks in advance for youre expedeint response...

Truthfully,

Brian K. Johnson 68660-011
Federal Detencie 40
5675 8th St. Camp Parks
Dublin, CA 94568

RECEIVED INSPECTED BY

District of the Clerk, U.S. Dist. Court
Northern Dist. Of California
1301 Clay St. 4DDS. Tower
Oakland CA, 94612

OAKLAND CA 946
21 SEP 2007 PM 6 T