

Case #C07-4467SBA
Dion LaRoy Johnson 88889-011
FCI Beaumont Medium
Federal Correction Institution
P. O Box 26040
Beaumont, TX 77720

07-4467-SBA

Dear Sir or Madam:

I'm writing in regards to my being transferred by the US Marshall's out of the District Region State prior to the hearing and or ruling of my 2241, which was filed by your office on August 29, 2007 while I was in the custody of BOP at FDC Dublin California under Warden Copenhagen; my being extradited by the US Marshall's was at the request of AUSA Gregg Lowder one of the respondents of my writ.

It is my understanding that once a writ is filed in a district with the Warden of custody as a respondent the plaintiff is automatically placed in a hold pattern in that district or jurisdiction until the writ is heard or ruled upon. If this is so, please inform Judge Armstrong of my dilemma and that I humbly request that the court orders me back to its district.

Prior to my extradition I wrote you requesting the name of the Attorney who is assigned to handle my 2241, however I never received it. Please forward the name and any other necessary information concerning my case and its status to me at the above address.

Respectfully submitted,

*Dion Johnson*

Dion La Roy Johnson Sr.
88889-011

Dion La Roy Johnson 88889-011
FCI Beaumont Medium
Federal Correction Institution
P.O. Box 26040
Beaumont, TX 77720

SACRAMENTO CA 957
U.S. POSTAGE $0.41
05 OCT 2007 PM 6 L

Clerk of the Court
Northern District of California
1301 Clay Street
Oakland, CA 94512