FROM: Dion Johnson, 88889-011
      FCC Beaumont (Medium)
      P.O. Box 26040
      Beaumont, TX  77720

  TO: U.S. District Court, Northern District of California
      Office of the Clerk
      1301 Clay Street, Suite 4005
      Oakland, CA  94612-5212

  Re: Civil Action No. **07-4467-SBA**


   To the Clerk of the Court:

       Included in this package is:

       1. A petition requesting to be transferred back to the
          Northern District of California.

       2. A petition to amend my 28 U.S.C. § 2241 pursuant to
          Civil Rule 15(a).

       I am requesting in good faith that these documents be
   filed and that a stamped filed copy be returned to me.

       In Addition, I was transferred out of the Northern District
   of California; subsequently, my legal documents were lost or
   misplaced by the Bureau of Prisons during this transfer.
   With respect, I am requesting a copy of my original
   28 U.S.C. § 2241 that was filed in this Court and a copy of
   my current docket sheet.

   Signed this 29th day of October, 2007.


                              Thank You,

                              Dion Johnson



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL

3678 5089