IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
NOV - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DION JOHNSON, §
   (Petitioner), §
          §
v. § Civil No. 07-4467-SBA
          §
Paul Copenhagen (Warden), §
   (Respondent). §
          §

## PETITION REQUESTING TRANSFER BACK TO THE NORTHERN DISTRICT OF CALIFORNIA

  Comes Now Dion Johnson (Petitioner), pro se, before the Honorable Judge of said Court.

### Background

  On August 29, 2007, Petitioner filed a 28 U.S.C. § 2241 in the Northern District of California, Oakland Division, requesting relief from an invalid conviction. Immediately after filing his § 2241, Petitioner was transferred to the Federal Correctional Complex located in Beaumont, Texas.

### Issue

  Petitioner believes that, after filing his 28 U.S.C. § 2241 in said Court challenging his illegal conviction, he was transferred to Beaumont, Texas, in retaliation where it would make it difficult for him to litigate his case. Consequently, all legal paperwork that Petitioner had was somehow misplaced or lost during the transfer to Beaumont, Texas.

Petitioner asserts that after he filed his 28 U.S.C. § 2241 he should not have been transferred out of the Northern District of California until it was final.

### Relief Sought

Petitioner requests that this Honorable Court order the Bureau of Prisons to transfer him back into the Northern District of California pending the final disposition of his 28 U.S.C. § 2241.

Signed this 29th day of October, 2007.

Dion Johnson, pro se

### Declaration

I, Dion Johnson, do declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that all statements typewritten herein this "Petition Requesting Transfer Back to the Northern District of California" is true and correct to the best of my knowledge.

Signed this 29th day of October, 2007.

Dion Johnson
Reg. No. 88889-011
FCC Beaumont (Medium)
P.O. Box 26040
Beaumont, TX 77720

-2-

## CERTIFICATE OF SERVICE

I _Dion Johnson_ do hereby certify pursuant to 28 U.S.C § 1746 that on this _29th_ day of _October_, 20_07_ I have placed in the legal mail system for prisoner's located at The Federal Correction Institution P.O. Box 26040 Beaumont, Texas 77720 a self addressed envelope, postage prepaid with the original and _2_ copies of the foregoing: _Petition requesting transfer back to the northern district of California_

And addressed the foregoing to:

Clerk,
U.S. District Court for the
Northern District of California
1301 Clay St. Suite 400S
Oakland, Ca. 94612-5212

_[signature]_

Reg # 88889-011