**UNITED STATES DISTRICT COURT**

**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
——————————

www.cand.uscourts.gov

Richard W. Wieking                                     General Court Number
Clerk                                                         510.637.3530

**January 15, 2008**

**CASE NUMBER:  CV 07-04467 SBA**
**CASE TITLE:  DION L JOHNSON-v-PAUL COPENHAGEN**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: January 15, 2008

FOR THE EXECUTIVE COMMITTEE:

_____
                                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                      Entered in Computer 01/15/08 cl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                             Transferor CSA