United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff and Respondent,

No. CR 04-0163 PJH
C 07-4467 PJH/07-5943 PJH

v.

**JUDGMENT**

DION LEROY JOHNSON,

    Defendant and Movant.
_____/

    Pursuant to the Order Denying Petitioner's 28 U.S.C. §§ 2241 and 2255 petitions signed today, these actions are DISMISSED.

    IT IS SO ORDERED AND ADJUDGED.

Dated: May 15, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge